RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12 / 15 / 05
BY Om

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **GARY DEAN WALKER** | **CIVIL ACTION NO. 03-1911-P** |
| **VERSUS** | **JUDGE WALTER** |
| **STEVE PRATOR, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims against Officer Mandles, Shreveport Police Officer John Doe 1, Shreveport Police Officer John Doe 2, Steve Prator, Jim Roberts, John Sells, Richard Van Rosendall, S. Mitchell, Deputy McLofton, Deputy Pace, Kirby Dawson, Carol Martin, Commander Coleman, Lt. Leach, Deputy Gay, Deputy John Wright, Deputy Jack Brown, R. Grear, Sgt. Walker, Sgt. Mosely, ERT John Doe 1, ERT John Doe 2, ERT John Doe 3, ERT John Doe 4 and ERT John Doe 5 are **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 15 day of Dec 2005.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**